**Celedonio VARGAS–VIVAR, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–72592.**

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.*

Filed July 13, 2011.

Alma David, Rios Cantor, P.S., Seattle, WA, for Petitioner.

Sara Bergene, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM **

Celedonio Vargas–Vivar, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' decision dismissing his appeal from the immigration judge's denial of his application for cancellation of removal based on his failure to establish the requisite hardship to his qualifying United States citizen children.

We lack jurisdiction to review the IJ's discretionary determination that Vargas–Vivar did not demonstrate "exceptional and extremely unusual hardship," and Vargas–Vivar has not presented a colorable constitutional claim for us to review. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005).

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.